(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: **0:12-CV-60252-JIC**

**Tommy Yesbick**
(Enter the full name of the plaintiff in this action)

v.

**Broward Sheriff's Office**
**Al Lamberti, sheriff and**
**Karen Davies, Vice President**
**of Armor Correctional**
**Health Services Inc.**
(Above, enter the full name of the defendant(s) in this action)

FILED BY _____
2012 JUL 18 PM 12:47
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA - FTL

## A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Instructions for Filing:

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

Page 1 of 5

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U S C § 1983

There is a filing fee of $350.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 400 North Miami Avenue, Room 8N09, Miami, Florida 33128-7788.

## I. Parties

In Item A below, place your name in the first blank and place your present address in the third blank.

A. Name of plaintiff: **Tommy Yesbick**
   Inmate #: **644284**
   Address: **Martin Correctional Institution, 1150 S.W. Allapattah Road, Indiantown, FL. 34956**

In Item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item C for the names, positions, and places of employment for any additional defendants.

B. Defendant: **Al Lamberti of the B.S.O.**
   is employed as **Sheriff / Broward Sheriff's Office**
   at **555 S.E. 1st Ave. Ft. Laud, FL. 33301**

C. Additional Defendants: **Karen Davies, vice president of Armor Correctional Health Services Inc. Located at Broward Sheriff's Office 555 S.E. 1 Ave Ft Laud, FL, 33301**

Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

_____

_____

_____

_____

## II. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an additional blank page if necessary.

I Tommy Yesbick arrived at The Broward County Jail on May, 1, 2009. Eight months later in January of 2010 my gums began to bleed. I was told that I had to be here one year before they would clean my teeth so I had to wait an additional four months. Now Two Years later my gums continue to bleed. Day + night I'm spitting up blood. Sometimes I'm awakened in the middle of the night chocking on my own blood. In The morning there are small puddles of blood on my pillow + sheets. Mr. Pearson, The dentist, has informed me there is nothing that can be done as I have gengavitas + The Tooth brushes are worthless. Many other men here also have gengavitas due to these worthless tooth brushes that we are issued. They are not even approved by the (A.D.A.),

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

American Dental Association and They are only sold in pet stores for pets. Mr. Pearson gives us mouthwash once in a while but both he and The Director of Nurses Mrs. Yusi have stated it's not good for our Teeth.

### III. Relief

State briefly exactly what you want the court do to do for you. Make no legal arguments. Cite no cases or statutes.

I am asking for a mini-Toothbrush like The other jails use. They are about Two inches long & held with The Thumb & index finger. They are also much shorter Than The pencils They issue here so They cannot be used as a weapon. They have real bristles That will clean our Teeth & gums. I am asking also That my Teeth be cleaned & restored and That we do not have To wait a year To get our problemed Teeth cleaned. and Monetary damages of $10,000.00.

### IV. Jury Demand

Do you demand a jury trial?   Yes   (No)

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Signed this __7th__ day of __July__, 20__12__

_____
(Signature of Plaintiff) *Tommy Yesblick*

I declare under penalty of perjury that the foregoing is true and correct. *(optional)*

Executed on: __July, 7, 2012__

_____
(Signature of Plaintiff) *Tommy Yesblck*

Martin Correctional Institution
Tommy Yesbick 644084-622120
1150 S.W. Allapattah Road
Indiantown, FL, 34956

Legal Mail

United States District of Court
Southern District of Florida
Office of The clerk Room 108
Filed 299 E, Broward Blvd
Ft, Laud, FL, 33301